IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHEILA M. NORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:05-0067 |
| ) | |
| HARTFORD LIFE & ACCIDENT INSURANCE ) | Judge Thomas A. Wiseman, Jr. |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

Before the Court are defendant Hartford Life & Accident Insurance Company's Motion for Judgment on the Record (Doc. No.15) and Plaintiff Sheila Norris's Motion for Judgment (Doc. No. 12). For the reasons set forth in the accompanying Memorandum, defendant's motion is **GRANTED** and Plaintiff's motion is **DENIED**, and the case is dismissed.

It is so **ORDERED**.

This is a final judgment pursuant to Fed. R. Civ. P. 58.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge